# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TADEUSZ JATCZYSZYN, | : | |
| | : | Civil Action No. 07-5792 (PGS) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MARCAL PAPER MILLS, INC., *et al.*, | : | **ORDER** |
| | : | |
| Defendants. | : | |

    A Report and Recommendation was filed on August 21, 2008 recommending that this Court grant plaintiff's motion to remand. The parties were given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing,

    It is on this 8 day of September 2008,

    **ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas is hereby adopted as the opinion of the Court.

                                                         PETER G. SHERIDAN, U.S.D.J.